UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY JOSEPH STORER,<br><br>Defendant. | Case No. 4:02-cr-00146-BLW<br><br>MEMORANDUM DECISION AND ORDER |

In November 2015, Defendant Cody Storer moved for early discharge from supervised release. The Court denied the motion because Mr. Storer had not offered adequate justification for such relief. *See July 15, 2016 Order,* Dkt. 148. At that time, Mr. Storer indicated only that he had been involved in a serious motorcycle accident and required ongoing medical treatment. *See id.* As the Court explained, although it sympathized with his medical situation, there was no reason to release Mr. Storer from supervision. Or perhaps more accurately, Mr. Storer had not explained any such reasons to the Court.

Mr. Storer has now filed another motion for early release, but he has again failed to explain why early release is justified. Instead, he indicates only that he "is still being treated for a serious motorcycle accident and will present evidence as to further reasons

MEMORANDUM DECISION AND ORDER - 1

for the requested release." *Motion,* Dkt. 149. This second motion was filed on January 10, 2018, yet as of this writing, no additional evidence has been presented.

Under these circumstances, the Court will again deny the motion, though it will do so without prejudice. Mr. Storer may file another motion, but he will need to present additional evidence and reasons justifying early release.

## ORDER

**IT IS ORDERED that** Defendant's Motion for Early Discharge from Supervised Release (Dkt. 149) is **DENIED WITHOUT PREJUDICE.**

DATED: March 28, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge